# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-3761
_____

United States of America

*Plaintiff - Appellee*

v.

Rena Shannell Kirk

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Davenport

_____

Submitted: April 14, 2016
Filed: April 19, 2016
[Unpublished]

_____

Before GRUENDER, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Rena Kirk challenges the reasonableness of the sentence the district court[1] imposed upon revoking her supervised release. Upon careful review, we conclude

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

that the revocation sentence is not unreasonable. *See United States v. Miller*, 557 F.3d 910, 915-16 (8th Cir. 2009) (discussing appellate review of revocation sentence); *see also United States v. Lazarski*, 560 F.3d 731, 733 (8th Cir. 2009) (when court imposed below-Guidelines-range sentence, it was "nearly inconceivable" that court abused its discretion in not varying downward still further).

Accordingly, the judgment is affirmed. We also grant counsel's motion for leave to withdraw.

_____